IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEN HERNANDEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOWARD HOLLAND, *et al.* | : | NO. 25-468 |

**ORDER**

**AND NOW**, this 5th day of December, 2025 upon consideration of the Amended Petition for Writ of Habeas Corpus, the Commonwealth's Response thereto, Petitioner's Reply thereto, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**; and

3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

*s/ Catherine Henry*
Catherine Henry, J.